Charles FRIEDRICH, Arlene Friedrich and Lucille Gibeault v. VERGENNES-PANTON WATER DISTRICT, No. 349-76

June 7, 1977. The plaintiffs' civil action having presented multiple claims for relief, one of which has not yet been adjudicated, their action has not been terminated. V.R.C.P. 54(b). Since there is no final judgment, the cause is remanded to the superior court for the hearing and adjudication to which they are entitled as a matter of law. The judgment of the superior court denying the plaintiffs' motion under V.R.C.P. 60(b) is vacated.

Debra A. CHASE v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 156-76

June 7, 1977. There being no evidence supporting the Board's conclusion of disqualification for benefits on the ground that claimant left her employing unit voluntarily without good cause attributable to her employer, 21 V.S.A. § 1344(a)(2)(A), the cause is reversed and remanded for computation of benefits to which claimant is entitled.

Rosalie CONDOSTA v. Guido CONDOSTA, No. 125-77

June 8, 1977. Appeal dismissed on the following grounds:

(a) Notice of appeal refers to a temporary order dated March 17, 1977, which is not appealable as a matter of law;

(b) The order of April 27, 1977, is not referred to in the notice of appeal dated April 20, 1977. V.R.A.P. 3(d).

VERMONT UNION SCHOOL DISTRICT NO. 21 v. H. P. CUMMINGS CONSTRUCTION CO., et al, No. 96-77

June 8, 1977. Motion for Permission to Appeal Under V.R.A.P. 5(b)(1) denied.

LOCAL 693 v. CENTRAL VERMONT PUBLIC SERVICE CORP., et al. (Cianbro Corp., Appellant), No. 281-76

June 15, 1977. There being no final order under V.R.C.P. 54(b) the purported appeal is dismissed.